391 A.2d 680

Commonwealth v. Donnelly, Appellant.

Submitted June 13, 1977.   David L. Pollack, and Rosenwald and Pollack, for appellant;  No appearance entered nor brief submitted for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

391 A.2d 680

Commonwealth v. Dufur, Appellant.

Argued March 15, 1978.   John B. Schaner, Public Defender, for appellant;  Richard M. Mohler, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.